United States District Court

Eastern District of California

Damian Alcantara,

    Petitioner,　　　　　　　　　　No. Civ. S 05-1700 FCD PAN P

  vs.　　　　　　　　　　　　　　　Order

D. L. Runnels, Warden,

    Respondent.

-oOo-

    December 19, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  December 20, 2005.

                             /s/ Peter A. Nowinski
                             PETER A. NOWINSKI
                             Magistrate Judge