United States District Court

Eastern District of California

Damian Alcantara,

      Petitioner,    No. Civ. S 05-1700 FCD PAN P

  vs.    Order

D. L. Runnels, Warden,

      Respondent.

-oOo-

January 17, 2006, respondent requested an extension of time to file and serve a petition for a writ of habeas corpus. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: January 31, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge