IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIAN ALCANTARA,

    Petitioner,                    No. CIV S-05-1700 FCD PAN P

    vs.

D.L. RUNNELS, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 15, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: March 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
004;alca1700.111