IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIAN ALCANTARA,

    Petitioner,        No. 2:05-cv-1700 FCD KJN P

  vs.

THOMAS FELKER, Warden,

    Respondent.       <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed a motion for certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b). (Dkt. No. 28.) A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in the magistrate judge's September 8, 2010 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action. IT IS ORDERED that petitioner's October 27, 2010 motion for a certificate of appealability is denied.

DATED: November 29, 2010.

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE